**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **TURBOCODE LLC,**<br><br>                          Plaintiff,<br><br>        v.<br><br>**RENESAS ELECTRONICS AMERICA INC.,**<br><br>                          Defendant. | C.A. No. 7:25-cv-459<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff TurboCode LLC files this Original Complaint for Patent Infringement against Renesas Electronics America Inc., and would respectfully show the Court as follows:

### I.   THE PARTIES

1.      Plaintiff TurboCode LLC ("TurboCode" or "Plaintiff") is a Texas limited liability company with its address at 6000 Shepherd Mountain Cove, Suite #1604, Austin, Texas 78730.

2.      On information and belief, Defendant Renesas Electronics America Inc. ("Defendant") is a corporation organized and existing under the laws of California with a place of business at 900 S. Capital of Texas Highway, La Simas Suite 250, Austin, Texas 78746.  Defendant has a registered agent at Corporation Service Company at 211 E. 7th St., Suite 620, Austin, TX 78701.

### II.   JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 900 S. Capital of Texas Highway, La Simas Suite 250, Austin, Texas 78746.

5.      Without limitation, on information and belief, within this state, Defendant used the patented invention thereby committing acts of patent infringement alleged herein.  In addition, on information and belief, Defendant derived revenues from its infringing acts occurring within Texas.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Texas.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Texas.  Defendant committed such purposeful acts and/or transactions in Texas such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

6.      Venue is proper in this district under 28 U.S.C. § 1400(b). On information and belief, Defendant maintains a place of business in Texas at 900 S. Capital of Texas Highway, La Simas Suite 250, Austin, Texas 78746.  On information and belief, from and within this District, Defendant committed at least a portion of the infringements at issue in this case.

7.       For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.  COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 6,813,742)

8.      Plaintiff incorporates the above paragraphs herein by reference.

9.     On November 2, 2004, the USPTO duly and legally issued U.S. Patent No. 6,813,742 ("the '742 Patent" or "Patent-in-Suit"), entitled "High Speed Turbo Codes Decoder for 3G Using Pipelined SISO Log-Map Decoders Architecture." The '742 Patent was the subject of a reexamination request filed on July 13, 2006.  An *Ex Parte* Reexamination Certificate was issued for the '742 patent on February 10, 2009.  A true and correct copy of the '742 Patent with its *Ex Parte* Reexamination Certificate is attached hereto as Exhibit 1.

10.    TurboCode is the assignee of all right, title, and interest in the '742 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '742 Patent.  Accordingly, TurboCode possesses the exclusive right and standing to prosecute the present action for infringement of the '742 Patent by Defendant.

11.    This case generally relates to use of decoder architectures and processes for receiving and decoding data in communications devices.

12.    **Direct Infringement.**  Upon information and belief, Defendant directly infringed claim 6 of the '742 Patent in Texas, and elsewhere in the United States, by performing actions comprising using or performing the claimed method of iteratively decoding a plurality of sequences of received baseband signals by using and/or testing  products, devices, systems, and components of systems that comply with the 4G/LTE//LTE-Machine Type ("LTE-M") standards as disclosed and defined in the 3rd Generation Partnership Project ("3GPP") Standard Specifications (releases 13-14) governing cellular wireless communications and that were designed, developed, tested, made, used, offered for sale, sold in the United States, imported into the United States, or that have a nexus to the United States (all of the above described products, devices, systems, and components referred to as the "Accused Instrumentalities").  The Accused

Instrumentalities include the Renesas RYZ014A and other like products using such LTE chips ("Accused Instrumentalities").

13.    Claim 6 of the '742 Patent *Ex Parte* Reexamination Certificate states:

A method of iteratively decoding a plurality of sequences of received baseband signals, the method comprising:

providing an input buffer comprising at least three shift registers, for receiving an input signal and generating first, second, and third shifted input signals;

providing first and second soft decision decoders serially coupled in a circular circuit, wherein each decoder processes soft decision from the preceding decoder output data, and wherein the first decoder further receives the first and second shifted input signals from the input buffer and the second decoder further receives the third shifted input signal from the input buffer;

providing at least one memory module coupled to an output of each of the first and second soft decision decoders, wherein the output of the memory module associated with the second soft decision decoder is fed back as an input of the first soft decision decoder;

processing systematic information data and extrinsic information data using the maximum a posteriori (AP) probability algorithm, and/or logarithm approximation algorithm;

generating soft decision based on the maximum a posteriori (MAP) probability algorithm, and/or logarithm approximation algorithm;

weighing and storing soft decision information into the corresponding memory module;

performing, for a predetermined number of times, iterative decoding from the first to the last of multiple decoders, wherein an output from the last soft decision decoder is fed back as an input to the first soft decision decoder, then from the first to the second decoders, and propagate to the last decoder in a circular circuit.

14.    The Accused Instrumentalities, when used by or for Defendant, provided or performed a method of iteratively decoding a plurality of sequences of received baseband signals in accordance with the LTE-M Type Communication standards disclosed and defined in the 3GPP Standard Specifications, as indicated further herein. LTE-M operates (with respect to decoding and as relevant to the '742 Patent) in the same way as the LTE network standard (e.g. LTE as

4

defined by 3GPP Releases 8-12). For example, the turbocoding structure, transfer functions, initialization, and tail bit handling are described identically in both Release 12 and Release 13 specifications. The Accused Instrumentalities complies with LTE-M.





(*E.g.*, https://www.renesas.com/en/products/ryz014a?utm_campaign=mcu_ryz014a&utm_source=press_release&utm_medium=press_release&utm_content=ryz014a).

## Functions

Renesas RYZ014A module includes Monarch SQN3330 Cat-M1 baseband, a complete dual band RF front end, memory and required circuitry to meet 3GPP E-UTRA (Long Term Evolution - LTE, Release 13) Cat-M1 UE specifications.

For more information on the core technology specifications see the section References on page 31. The term RYZ014A module refers to the hardware and the associated embedded software.

Figure 1 shows the architectural block diagram of the RYZ014.



**Figure 1.  RYZ014A Block Diagram**

**Table 2.    LTE Features**

| Feature | Description |
|---|---|
| Standard compliance | • 3GPP E-UTRA Release 13 compliant |

(*E.g.*, https://www.renesas.com/en/document/dst/ryz014a-lte-category-m1-module-datasheet?r=1503996).

6



(*E.g.*, https://www.3gpp.org/ftp/Specs/archive/36_series/36.302/36302-800.zip).

### 5.1.3    Channel coding

The bit sequence input for a given code block to channel coding is denoted by $c_0, c_1, c_2, c_3, ..., c_{K-1}$, where $K$ is the number of bits to encode. After encoding the bits are denoted by $d_0^{(i)}, d_1^{(i)}, d_2^{(i)}, d_3^{(i)}, ..., d_{D-1}^{(i)}$, where $D$ is the number of encoded bits per output stream and $i$ indexes the encoder output stream. The relation between $c_k$ and $d_k^{(i)}$ and between $K$ and $D$ is dependent on the channel coding scheme.

The following channel coding schemes can be applied to TrCHs:

- tail biting convolutional coding;
- turbo coding.

Usage of coding scheme and coding rate for the different types of TrCH is shown in table 5.1.3-1. Usage of coding scheme and coding rate for the different control information types is shown in table 5.1.3-2.

The values of $D$ in connection with each coding scheme:

- tail biting convolutional coding with rate 1/3: $D = K$;
- turbo coding with rate 1/3: $D = K + 4$.

The range for the output stream index $i$ is 0, 1 and 2 for both coding schemes.

**Table 5.1.3-1: Usage of channel coding scheme and coding rate for TrCHs.**

| TrCH | Coding scheme | Coding rate |
|---|---|---|
| UL-SCH | | |
| DL-SCH | | |
| PCH | Turbo coding | 1/3 |
| MCH | | |
| BCH | Tail biting convolutional coding | 1/3 |

(*E.g.*, https://www.3gpp.org/ftp/Specs/archive/36_series/36.302/36302-800.zip).

7

> The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [S P1 P2]. In this vector, S is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).



(*E.g.*, https://www.slideshare.net/slideshow/lte-air-interface-71056106/71056106).

**Iterative Decoding:**

Turbo decoding loops through multiple iterations, refining the decision with each pass.

**Use of Soft Information (LLR - Log-Likelihood Ratios):**

Turbo decoders use probabilistic inputs (not hard 0/1 decisions), improving accuracy in error correction.

**Random Interleaving:**

Data bits are randomly shuffled before encoding, which spreads burst errors across time, making them easier to correct during decoding.

(*E.g.*, https://www.techedgewireless.com/post/turbo-code).

**ABSTRACT** | This tutorial paper gives an overview of the implementation aspects related to turbo decoders, where the term turbo generally refers to iterative decoders intended for parallel concatenated convolutional codes as well as for serial concatenated convolutional codes. We start by considering the general structure of iterative decoders and the main features of the soft-input soft-output algorithm that forms the heart of iterative decoders. Then, we show that very efficient parallel architectures are available for all types of turbo decoders allowing high-speed implementations. Other implementation aspects like quantization issues and stopping rules used in conjunction with buffering for increasing throughput are considered. Finally, we perform an evaluation of the complexities of the turbo decoders as a function of the main parameters of the code.



(*E.g.*, https://www.researchgate.net/publication/2998278_Iterative_Decoding_of_Concatenated_Convolutional_Codes_Implementation_Issues/link/00b7d52fb6e7eca5f2000000/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb24iLCJwcmV2aW91c1BhZ2UiOiJfZGlyZWN0In19).

## How does LTE-M work?

To understand how LTE-M works, we need to backtrack and look at LTE first.

Consider LTE-M ⍰ as a subset of LTE that is tailored specifically for IoT. In fact, LTE-M is adapted from LTE, which means the two share many similarities in architecture and protocols. LTE-M operates within the existing LTE network infrastructure and utilizes a number of protocols that are consistent with the standard LTE network.

(*E.g.*, https://onomondo.com/blog/lte-m-iot-guide/).

As the name suggests, LTE-M was adapted from the LTE parent standard and shares much of LTE's architecture and protocols. In terms of deployment, wherever LTE is present, it's possible LTE-M is available too as LTE-M is just a configuration that needs to be enabled. The technology then operates within the existing LTE network infrastructure.

| Feature | LTE-M Protocol |
|---|---|
| Deployment | In-band LTE |

For roaming, wherever LTE is deployed, LTE-M is also a possibility,

(*E.g.*, https://www.eseye.com/resources/iot-explained/lte-m-for-iot-m2m/).

"Rel-13 is very important for 3GPP, with a lot of interesting features, such as LTE in unlicensed and LTE / WiFi integration



(*E.g.*, https://www.3gpp.org/specifications-technologies/releases/release-13).

| Turbo decoding | 5% | 10%~15% (Including turbo decoding and demodulation) | 10% | ~10% (LLR computation is part of Rx processing) |
|---|---|---|---|---|
| **HARQ buffer** | 15% | ~10% | 10% | ~10% |
| **DL control processing & decoder** | 5% | 5%~10% (Including convolution decoding and demodulation) | 5% | ~5% |

## 9.4.1   TTI bundling/ HARQ retransmission/ Repetition/ Code spreading/ RLC segmentation/ Low rate coding/ Low modulation order/ New Decoding Techniques

More energy can be accumulated to improve coverage by prolonging transmission time. The existing TTI bundling and HARQ retransmission in data channel can be helpful. Note that since the current maximum number of UL HARQ retransmission is 28 and TTI bundling is up to 4 consecutive subframes, TTI bundling with larger TTI bundle size (such as extensively investigated in TR 36.824 [18]) may be considered and the maximum number of HARQ retransmissions may be extended to achieve better performance. Other than TTI bundling and HARQ retransmission, repetition can be applied by repeating the same or different RV multiple times. In addition, code spreading in the time domain can also be considered to improve coverage. MTC traffic packets could be RLC segmented into smaller packets; very low rate coding, lower modulation order (BPSK) and shorter length CRC may also be used. New decoding techniques (e.g. correlation or reduced search space decoding) can be used to improve coverage by taking into account the characteristics of the particular channels (e.g., channel periodicity, rate of parameter changes, channel structure, limited content, etc.) and the relaxed performance requirements (e.g. delay tolerance).

| **Baseband** | | | | |
|---|---|---|---|---|
| ADC / DAC | 10% | NA | NA | 30% |
| FFT/IFFT | 5% | NA | NA | NA |
| Post-FFT data buffering | 10%-15% | NA | NA | 17%-33% |
| Receiver processing block | 20%-35% | NA | NA | NA |
| Turbo decoding | 5%-15% | 90% | 57% | NA |
| HARQ buffer | 10%-15% | 90% | 57% | NA |
| DL control processing & decoder | 5% | NA | NA | NA |
| Synchronization / cell search block | 10%-15% | NA | NA | NA |
| UL processing block | 5%-10% | 81% | 50% | 10% |
| MIMO specific processing blocks | 5%-15% | NA | NA | NA |
| Other | 0% | NA | NA | NA |
| **Total of Baseband** | 90%-110% | 4%-8% for UL 13.5%-27% for DL 17.5%-35% for both | 2.5%-5% for UL 8.5%-17% for DL 11%-22% for both | 0.5%-1% for UL 4.5%-8% for DL 5%-9% for both |

A complementary PBCH decoding technique (e.g., correlation decoder or reduced search space decoder).

## DL control processing & decoder

(*E.g.*, https://www.3gpp.org/specifications-technologies/releases/release-13).

11

The paper is organized as follows. Section II provides a detailed description of the connection establishment protocols. Section III describes the signature design, construction and iterative decoding. Section IV characterizes analytically the performance, which is verified against the simulation results in Section V. Section VI concludes the paper.

Another advantage of the iterative decoding is that decoding instances are spread over the frame, which leads to the spreading of the feedback messages, i.e., the RRC Connection Setup message in Fig. 1(b). Also, a portion of the signatures become decoded before the end of the signature frame, in some cases without transmitting all $K$ active preambles. The latter phenomenon allows for lower transmission overhead and brings additional security to the authentication procedure, as the MTD's full signature is not exposed.

The BS iteratively decodes the signatures based on (partial) observation after each received RAO of the signature frame.

(*E.g.*, https://vbn.aau.dk/ws/portalfiles/portal/252340494/article_3.pdf).

# HOW NB-IOT AND LTE-M ARE HELPING THE IOT TAKE OFF

Each message is repeatedly transmitted, allowing for proper decoding despite poor channel conditions. In contrast, proprietary technologies, operating on an unlicensed spectrum, are legally limited in their number of repetitions due to prescribed duty cycles. See page 10 for more details.

(*E.g.*, https://www.telekom.com/resource/blob/564154/e680603574e9509016e58d0698369a89/dl-190225-whitepaper-mobile-iot-guide-en-data.pdf).

Channel estimation and equalization is performed on the recovered NPDSCH symbols after which channel decoding and demodulation are performed to recover the transport block. After de-scrambling, the repetitive subframes are soft-combined before rate recover. The transport block error rate is calculated for each SNR point. The evaluation of the block error rate is based on the assumption that all the subframes in a bundle is used to decode the transport block at the UE. .

(*E.g.*, https://www.mathworks.com/help/lte/ug/nb-iot-npdsch-block-error-rate-simulation.html).

# LTE-M MIB and SIB-BR demodulation results

LTE-M broadcasts its own SIB messages. The SIB1 message in LTE-M is called SIB1-BR (with BR = bandwidth reduced). If the network is configured for retransmissions and therefore RF retuning, the SIB1-BR is transmitted within different narrowbands during different sub frames. For SIB1-BR demodulation, the scanner follows the SIB1-BR (re-)transmissions and decodes the content.

(*E.g.*,    https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/dl_application/application_notes/8nt04/8NT04_0e_LTE-M_scanner.pdf).

The degree of cross subframe channel estimation that can be used mainly depends on the ability to minimise any residual frequency error, so the LTE-M standard made some changes to allow the eNB and UE to better minimize residual frequency error. It was determined that if the contents of the SF are exactly the same for several SF, this allows the UE and eNB to apply a differential phase detection algorithm on the data, allowing the data to be used for frequency offset correction, in addition to the cell-specific reference signals (CRS) (see section 4 of [10] for more details). In addition, this allows the option for the UE and eNB to do I/Q combining which can also improve decoding performance.

(*https://altair.sony-semicon.com/wp-content/uploads/2017/02/Coverage-Analysis-of-LTE-CAT-M1-White-Paper.pdf*).

| Baseband | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ADC / DAC | 10% | 40% | | 30% | 40% | 40% | 50% | | | 30% |
| FFT/IFFT | 5% | 50% | | NA | 33% | 50% (only with FFT) | 50% | | | 30% |
| Post-FFT data buffering | 10%-15% | 50% | | 50% | 50% | NA | 50% | | | 50% |
| Receiver processing block | 20%-35% | 50% | | 50% | 50% | 50% | ~40% | | | 30% |
| Turbo decoding | 5%-15% | NA | | NA | NA | NA | NA | | | NA |
| HARQ_buffer | 10%-15% | NA | | NA | NA | NA | NA | | | NA |
| DL control processing & decoder | 5% | NA | | NA | NA | NA | NA | | | 20% |
| Synchronization / cell search block | 10%-15% | 50% | | 50% | 50% | 50% | NA | | | 40% |
| UL processing block | 5%-10% | NA | | NA | NA | NA | NA | | | NA |
| MIMO specific processing blocks | 5%-15% | NA | | 50% | 100% | NA | NA | | | 50% |
| Other | 0% | NA | | NA | NA | NA | NA | | | NA |
| *Total of Baseband* | *90%-110%* | *29%* | *12.5%* | *26-43%* | *33%* | *30%* | *25%* | *20-40%* | *44%* | *23-37%* |

(*E.g.*, https://www.3gpp.org/ftp/Specs/archive/36_series/36.888/36888-c00.zip).

Almost all the channel data (PRACH, PBCH, PUSCH PUCCH, MPDCCH and PDSCH shall be transmitted with repetition )shall be transmitted with repetition : Why ? It is assumed that Hardware performance of Cat-M device is not as good as normal device (like Smartphone) because Cat-M device is supposed to be designed for low cost. This kind of repetition would help even such a low cost device to decode the channels and even in harsh channel condition.

(*E.g.*, https://www.sharetechnote.com/html/Handbook_LTE_CategoryM.html).

Decoding the LTE-M SIB-BR

In LTE, the PSS and SSS (primary synchronization signal and secondary synchronization signal), as well as the PBCH (physical broadcast channel) occupy the central 6 resource blocks, so a BL/CE UE can synchronize to the cell and decode the MIB transmitted in the PBCH.

(*E.g.*, https://destevez.net/2024/05/decoding-the-lte-m-sib-br/).

13

## SIB1-BR

After decoding the MIB in the PBCH, the next thing that a BL/CE UE needs to decode is the SIB1-BR. There is a field called `schedulingInfoSIB1-BR-r13` in the MIB that contains a number that indicates to the UE all it needs to know to find and decode the SIB1-BR transmission in the PDSCH. The `r13` in the name of this field stands for Release 13, since the concept of BL/CE UEs appeared in Release 13 of the LTE standard.

The remaining SIB1-BR transmissions can be decoded in the same way.

(*E.g.*, https://destevez.net/2024/05/decoding-the-lte-m-sib-br/).

## LTE-M Downlink Waveform Generation

This example shows how to create a downlink LTE-M transmission consisting of MTC Physical Downlink Control Channel (MPDCCH) as well as its associated Physical Downlink Shared Channel (PDSCH) and Physical Broadcast Channel (PBCH), including repetitions and frequency hopping.

(*E.g.*, https://www.mathworks.com/help/lte/ug/lte-m-downlink-waveform-generation.html).

## Massive Machine-Type Communication (mMTC) Access with Integrated Authentication

The paper is organized as follows. Section II provides a detailed description of the connection establishment protocols. Section III describes the signature design, construction and iterative decoding. Section IV characterizes analytically the performance, which is verified against the simulation results in Section V. Section VI concludes the paper.

(*E.g.*, https://vbn.aau.dk/ws/portalfiles/portal/252340494/article_3.pdf).

15.    The Accused Instrumentalities, when used by or for Defendant, provided (*e.g.*, via a data or memory buffer) input to the to the constituent decoders of the turbo decoder. The input buffer included at least three shift registers (i.e., a data shifter or a timer delay unit). It received an input signal and generated first, second, and third shifted input signals for the turbo decoder.

Regarding decoding, LTE-MTC operates in the same way as LTE and functions within the existing LTE network coding architecture and protocols. The turbo code technical features in 3GPP Release 12 (LTE) remain the same in 3GPP Release 13 and Release 14. The LTE-M Standard Specification discloses the use of a memory or data buffer (input buffer) comprising at least three shift registers. It receives an input signal and performs shifting of the input sequence, thereby generating three delayed copies of the signal (i.e., s0, s1, and z1). Through the input buffer, the signal is delayed with respect to time, resulting in the transmission of delayed versions of the input signal. The LTE-M standard does not explicitly disclose shift registers; however, this is implicit from the evidence, as the defined functionality corresponds to providing shifted versions of the input sequence. Furthermore, since LTE-M operates within the LTE framework infrastructure, the presence of shift registers for shifting the input signals can be reasonably inferred.

## 5.1.3    Channel coding

The bit sequence input for a given code block to channel coding is denoted by $c_0, c_1, c_2, c_3, ..., c_{K-1}$, where $K$ is the number of bits to encode. After encoding the bits are denoted by $d_0^{(i)}, d_1^{(i)}, d_2^{(i)}, d_3^{(i)}, ..., d_{D-1}^{(i)}$, where $D$ is the number of encoded bits per output stream and $i$ indexes the encoder output stream. The relation between $c_k$ and $d_k^{(i)}$ and between $K$ and $D$ is dependent on the channel coding scheme.

The following channel coding schemes can be applied to TrCHs:

- tail biting convolutional coding;

- turbo coding.

Usage of coding scheme and coding rate for the different types of TrCH is shown in table 5.1.3-1. Usage of coding scheme and coding rate for the different control information types is shown in table 5.1.3-2.

The values of $D$ in connection with each coding scheme:

- tail biting convolutional coding with rate 1/3: $D = K$;

- turbo coding with rate 1/3: $D = K + 4$.

The range for the output stream index $i$ is 0, 1 and 2 for both coding schemes.

**Table 5.1.3-1: Usage of channel coding scheme and coding rate for TrCHs.**

| TrCH | Coding scheme | Coding rate |
|---|---|---|
| UL-SCH | Turbo coding | 1/3 |
| DL-SCH | | |
| PCH | | |
| MCH | | |
| BCH | Tail biting convolutional coding | 1/3 |



**Figure 5.1.3-1: Rate 1/3 tail biting convolutional encoder.**

The encoder output streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$ correspond to the first, second and third parity streams, respectively as shown in Figure 5.1.3-1.

(*E.g.*,    https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/11.00.00_60/ts_
136212v110000p.pdf).

### 5.1.4    Rate matching

#### 5.1.4.1    Rate matching for turbo coded transport channels

The rate matching for turbo coded transport channels is defined per coded block and consists of interleaving the three information bit streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$, followed by the collection of bits and the generation of a circular buffer as depicted in Figure 5.1.4-1. The output bits for each code block are transmitted as described in section 5.1.4.1.2.



**Figure 5.1.4-1. Rate matching for turbo coded transport channels.**

The bit stream $d_k^{(0)}$ is interleaved according to the sub-block interleaver defined in section 5.1.4.1.1 with an output sequence defined as $v_0^{(0)}, v_1^{(0)}, v_2^{(0)}, ...., v_{K_\Pi - 1}^{(0)}$ and where $K_\Pi$ is defined in section 5.1.4.1.1.

The bit stream $d_k^{(1)}$ is interleaved according to the sub-block interleaver defined in section 5.1.4.1.1 with an output sequence defined as $v_0^{(1)}, v_1^{(1)}, v_2^{(1)}, ...., v_{K_\Pi - 1}^{(1)}$.

The bit stream $d_k^{(2)}$ is interleaved according to the sub-block interleaver defined in section 5.1.4.1.1 with an output sequence defined as $v_0^{(2)}, v_1^{(2)}, v_2^{(2)}, ...., v_{K_\Pi - 1}^{(2)}$.

#### 5.1.3.2.2    Trellis termination for turbo encoder

Trellis termination is performed by taking the tail bits from the shift register feedback after all information bits are encoded. Tail bits are padded after the encoding of information bits.

(*E.g.*,    https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/12.02.00_60/ts_136212v

120200p.pdf *See also* 3GPP TS 36.212 V.12).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [S  P1  P2]. In this vector, S is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).



Fig. 5.    The adaptive sub-block parallel (ASP) decoding scheme with *N* SISO decoders. The ASP scheme adjusts the decoding scheme according to the input block length *K* and the maximum block length defined by LTE $K_{max}$.

(*See also Cheng et. al. "A 0.077 to 0.168* nj/bit/iteration SCALABLE 3GPP LTE TURBO DECODER WITH AN ADAPTIVE SUB-BLOCK PARALLEL SCHEME AND AN EMBEDDED DVFS ENGINE,*).



Fig. 3.    The system architecture.

(*E.g.*,    https://dspace.mit.edu/bitstream/handle/1721.1/72198/Chandrakasan-a%200.077%20to%200.168.pdf?sequence=1&isAllowed=y).

Consider LTE-M as a subset of LTE that is tailored specifically for IoT. In fact, LTE-M is adapted from LTE, which means the two share many similarities in architecture and protocols. LTE-M operates within the existing LTE network infrastructure and utilizes a number of protocols that are consistent with the standard LTE network.

| FEATURE | LTE-M PROTOCOL |
|---|---|
| Deployment | In-band LTE |

LTE-M benefits from being part of the LTE standard, ensuring good scalability, security, and compatibility with existing cellular network infrastructure.

(*E.g.*, https://onomondo.com/blog/lte-m-iot-guide/).

## How does LTE-M work?

To understand how LTE-M works, we need to backtrack and look at LTE first.

Consider LTE-M ? as a subset of LTE that is tailored specifically for IoT. In fact, LTE-M is adapted from LTE, which means the two share many similarities in architecture and protocols. LTE-M operates within the existing LTE network infrastructure and utilizes a number of protocols that are consistent with the standard LTE network.

(*E.g.*, https://onomondo.com/blog/lte-m-iot-guide/).

As the name suggests, LTE-M was adapted from the LTE parent standard and shares much of LTE's architecture and protocols. In terms of deployment, wherever LTE is present, it's possible LTE-M is available too as LTE-M is just a configuration that needs to be enabled. The technology then operates within the existing LTE network infrastructure.

| Feature | LTE-M Protocol |
|---------|----------------|
| Deployment | In-band LTE |

(*E.g.*, https://www.eseye.com/resources/iot-explained/lte-m-for-iot-m2m/).

LTE-M is a cost-effective solution that leverages existing LTE networks, making it ideal for deploying IoT devices without the need for entirely new infrastructure.

The architecture of LTE-M network is similar to the standard LTE architecture

LTE-M operates on the same frequency bands as standard LTE networks, allowing seamless integration and coverage in existing LTE infrastructure.

(*E.g.*, https://www.rfwireless-world.com/tutorials/lte-m-tutorial-network-architecture-frequency-bands-stack).

3GPP has introduced support for Internet of Things (IoT) via Cellular IoT (EC-GSM, LTE-M and NB-IoT) standards in its Rel 13 specifications.

- Support for chained memory buffer.

(*E.g.*, https://effnet.com/solutions/cellular_iot/).

## Data Packet Buffering

The drawback of using PSM is that the IoT device cannot be contacted by the network while its module or chipset is asleep. However, in this hibernation time, downlink data sent to the device can be buffered by the network and delivered subsequently after the device has resumed from his deep-sleep mode. This feature is called "Data Packet Buffering" or DPB.

The number and size of the data packets being buffered is specific to the visited networks which the device is attached to.

(*E.g.*, https://docs.iotcreators.com/docs/lte-m-network-information).

After the MTC Device performs a TAU/RAU procedure the MTC Device may stay in power-up mode and inform the MTC Server that is available for communication so that the MTC Server(s) can forward all buffered traffic to the device. Since this solution requires downlink traffic buffering,

when an IP packet arrives in the S-GW, the S-GW buffers the IP packet, appends it to the Downlink Data Notification and sends it to the MME. The S-GW monitors whether subsequent packets have arrived for the delivery to the UE and whether the total size of these packets is greater than the value configured by the operator's policy or subscription.

g)  (If the MME has not proceeded with the full UE triggered Service Request procedure,) when a (response) IP packet arrives in the S-GW, the S-GW appends the IP packet to the Downlink Data Notification and sends it to the MME. The S-GW also buffers the IP packet.

(*See* ETSI TS 122 368 V.14).

# LTE;
## Service requirements
## for Machine-Type Communications (MTC);
## Stage 1
## (3GPP TS 22.368 version 14.0.1 Release 14)

### 7.2.2    Time Controlled

The MTC Feature Time Controlled is intended for use with MTC Applications that can tolerate to send or receive data only during defined time intervals and avoid unnecessary signalling outside these defined time intervals. The network operator may allow such MTC Applications to send/receive data and signalling outside of these defined time intervals but charge differently for such traffic.

For the Time Controlled MTC Feature:

- The network operator shall be able to reject access requests per MTC Device (e.g. attach to the network or set up a data connection) outside a defined access grant time interval.

Note 1:    The Time Controlled MTC Feature does not affect the MTC Server to send trigger indications to the MTC Device.

The network shall communicate the (altered) access grant time interval and the access duration to the MTC Device.

The network may communicate the (altered) access grant time interval and the access duration to the MTC Server/MTC User.

The system shall support transmissions of small amounts of data with minimal network impact (e.g. signalling overhead, network resources, delay for reallocation).

The system shall provide a resource efficient way to support MTC Devices that send or receive data infrequently, i.e. with long periods between data transmissions.

(*E.g.*,    https://www.etsi.org/deliver/etsi_ts/122300_122399/122368/14.00.01_60/ts_122368v

140001p.pdf).

To secure coexistence with 3GPP systems operating in the adjacent bands, the outer LTE-M-U channel locations are expected to be shifted from the 2.4GHz band edges. This will provide guard-band between the 3GPP bands and LTE-M-U.

The sequence $s_0^{(m_0)}$, $s_1^{(m_1)}$ and $z_1^{(m_0)}$ are all generated by cyclic shifts $m_0$ and $m_1$ of m-sequences $s(n)$ and $z(n)$, respectively. 167 unique pairs of shifts $(m_0, m_1)$ are defined, where each pair is associated to one of the 167 physical-layer cell-identity groups $N_1$.

$c_0(n)$ is generated by a cyclic shift of the m-sequence $c(n)$, with the length of the cyclic shift dependent on the cell identity $N_2$. As the cell identity $N_2$ is signaled by the uPSS, this creates a coupling between the uPSS and uSSS transmissions from the same cell.

(*E.g.*, https://www.sciencedirect.com/topics/computer-science/physical-resource-block).

Minimum: 16 Seconds Minimum Allowed Value, calculated from: (2*DRX cycles (MNO LTE DRX cycle value (e.g. 2.56sec)) + 10 seconds (buffer time)) = 2*2.56sec + 10 seconds = 16 seconds.

(*E.g.*,        https://www.gsma.com/solutions-and-impact/technologies/internet-of-things/wp-content/uploads/2017/09/LTE-M-Deployment-Guide-CLP.29-v1.0.pdf).

16.    The Accused Instrumentalities provided first and second soft decision decoders serially coupled in a circular circuit, wherein each decoder processed soft decision from the preceding decoder output data, and wherein the first decoder further received the first and second shifted input signals from the input buffer and the second decoder further received the third shifted input signal from the input buffer. On information and belief, the LTE-M Type Communication specification describes decoders connected in a loop, where each decoder processes the soft decision output from the previous one. In addition to this circular flow of data, the first decoder received two shifted versions of the input signal from the input buffer, while the second decoder received a third shifted version from the buffer, ensuring that both the looped data and fresh input signals were used for more accurate decoding. *See 3GPP TS 36.212 V.12.*

### 5.1.4    Rate matching

#### 5.1.4.1    Rate matching for turbo coded transport channels

The rate matching for turbo coded transport channels is defined per coded block and consists of interleaving the three information bit streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$, followed by the collection of bits and the generation of a circular buffer as depicted in Figure 5.1.4-1. The output bits for each code block are transmitted as described in section 5.1.4.1.2.



**Figure 5.1.4-1. Rate matching for turbo coded transport channels.**

The bit stream $d_k^{(0)}$ is interleaved according to the sub-block interleaver defined in section 5.1.4.1.1 with an output sequence defined as $v_0^{(0)}$, $v_1^{(0)}$, $v_2^{(0)}$,...., $v_{K_{\Pi}-1}^{(0)}$ and where $K_{\Pi}$ is defined in section 5.1.4.1.1.

The bit stream $d_k^{(1)}$ is interleaved according to the sub-block interleaver defined in section 5.1.4.1.1 with an output sequence defined as $v_0^{(1)}$, $v_1^{(1)}$, $v_2^{(1)}$,...., $v_{K_{\Pi}-1}^{(1)}$.

The bit stream $d_k^{(2)}$ is interleaved according to the sub-block interleaver defined in section 5.1.4.1.1 with an output sequence defined as $v_0^{(2)}$, $v_1^{(2)}$, $v_2^{(2)}$,...., $v_{K_{\Pi}-1}^{(2)}$.

(*E.g.*, https://www.researchgate.net/publication/322558606_Design_and_FPGA_implementation _of_power_efficient_turbo_decoder_for_4G_LTE_standards/link/5b348aa5a6fdcc8506d70a2d/d ownload?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljY XRpb24ifX0).

power efficient turbo decoder for 4G LTE standards



**Figure 1:** Turbo Encoder [1]

power efficient turbo decoder for 4G LTE standards



Decoder coupled in a circular loop/circuit, wherein the decoder receives the systematic input signal.

**Figure 3:** Turbo Decoder [1]

(*E.g.*, https://www.researchgate.net/publication/322558606_Design_and_FPGA_implementation _of_power_efficient_turbo_decoder_for_4G_LTE_standards/link/5b348aa5a6fdcc8506d70a2d/d ownload?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljY XRpb24ifX0).



Figure 4: Block diagram of three stages micro pipeline Turbo Decoder

(*E.g.*, https://journals.iium.edu.my/upcoming/iiumej/2272-C.pdf).

Two parallel concatenated decoders,
– each accepts soft channel output and information from the other decoder as *a priori* LLRs
– and outputs *a posteriori* LLRs
– LLRs are properly interleaved or deinterleaved



(*E.g.*, https://www.southampton.ac.uk/~sqc/ELEC6214/AWCNS-L16.pdf).



Fig. 1.  Left: Parallel-concatenated turbo-encoder. Right: Simplified block-diagram of a turbo-decoder.

(*E.g.*,   https://www.csl.cornell.edu/~studer/papers/11JSSC-turbo.pdf)   (Illustrates the iterative decoding process, in which the first decoder takes as input both the soft decision data from the second decoder and two shifted versions of the original input signal (first and second shifted signals) from the input buffer, while the second decoder similarly receives feedback from the first decoder.)



(*E.g.*, https://ijettjournal.org/assets/volume-8/number-2/IJETT-V8P214.pdf).



(*E.g.*, https://pmc.ncbi.nlm.nih.gov/articles/PMC7515343/) (These articles explicitly describe the turbo decoding process, including first and second soft-decision decoders (i.e., two soft-in/soft-out (SISO) decoders), where each decoder processed soft information (i.e., exchanges LLRs

iteratively) received from the output of the other in a looped manner, thereby refining decoding accuracy through iterative feedback).

LTE-M is a cost-effective solution that leverages existing LTE networks, making it ideal for deploying IoT devices without the need for entirely new infrastructure.

The architecture of LTE-M network is similar to the standard LTE architecture

LTE-M operates on the same frequency bands as standard LTE networks, allowing seamless integration and coverage in existing LTE infrastructure.

(*E.g.*, https://www.rfwireless-world.com/tutorials/lte-m-tutorial-network-architecture-frequency-bands-stack).

## How does LTE-M work?

To understand how LTE-M works, we need to backtrack and look at LTE first.

Consider LTE-M ? as a subset of LTE that is tailored specifically for IoT. In fact, LTE-M is adapted from LTE, which means the two share many similarities in architecture and protocols. LTE-M operates within the existing LTE network infrastructure and utilizes a number of protocols that are consistent with the standard LTE network.

Consider LTE-M as a subset of LTE that is tailored specifically for IoT. In fact, LTE-M is adapted from LTE, which means the two share many similarities in architecture and protocols. LTE-M operates within the existing LTE network infrastructure and utilizes a number of protocols that are consistent with the standard LTE network.

| FEATURE | LTE-M PROTOCOL |
|---|---|
| Deployment | In-band LTE |

LTE-M benefits from being part of the LTE standard, ensuring good scalability, security, and compatibility with existing cellular network infrastructure.

(*E.g.*, https://onomondo.com/blog/lte-m-iot-guide/).

As the name suggests, LTE-M was adapted from the LTE parent standard and shares much of LTE's architecture and protocols. In terms of deployment, wherever LTE is present, it's possible LTE-M is available too as LTE-M is just a configuration that needs to be enabled. The technology then operates within the existing LTE network infrastructure.

| Feature | LTE-M Protocol |
|---------|----------------|
| Deployment | In-band LTE |

(*E.g.*, https://www.eseye.com/resources/iot-explained/lte-m-for-iot-m2m/).

A complementary PBCH decoding technique (e.g., correlation decoder or reduced search space decoder).
**DL control processing & decoder**

(*See* 3GPP TR 36.888 Rel. 13).

LTE-M broadcasts its own SIB messages. The SIB1 message in LTE-M is called SIB1-BR (with BR = bandwidth reduced). If the network is configured for retransmissions and therefore RF retuning, the SIB1-BR is transmitted within different narrowbands during different sub frames. For SIB1-BR demodulation, the scanner follows the SIB1-BR (re-)transmissions and decodes the content.

(*E.g.*,     https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/dl_application/application_notes

/8nt04/8NT04_0e_LTE-M_scanner.pdf).

With the publication of TR36.888 a "Study on the provision of low-cost MTC User Equipment based on LTE" 3GPP has set the minimum requirements that will:
Re-use the existing LTE/SAE network architecture.
Use existing LTE base station hardware.

(*E.g.*, https://www.3gpp.org/news-events/3gpp-news/lc-mtc).

In LTE, the PSS and SSS (primary synchronization signal and secondary synchronization signal), as well as the PBCH (physical broadcast channel) occupy the central 6 resource blocks, so a BL/CE UE can synchronize to the cell and decode the MIB transmitted in the PBCH. The next step that a regular UE would perform is to monitor the PDCCH, first to find a SIB1 transmission (which is transmitted in the PDSCH), and then the rest of the SIBs (whose transmission schedule is listed in the SIB1). A BL/CE UE cannot do this, because it cannot receive the PDCCH and because the SIB PDSCH transmissions might be wider than 6 resource blocks. Therefore, in a cell that supports BL/CE UEs there are also SIB-BRs (BR stands for bandwidth reduced), which BL/CE UEs use instead of the regular SIBs. The SIB-BRs occupy 6 resource blocks and do not require receiving the PDCCH to be decoded. In this post I will use my recording of an LTE eNB to show how to decode the SIB-BRs, and other important aspects of BL/CE UEs.

(*E.g.*, https://destevez.net/2024/05/decoding-the-lte-m-sib-br/).

# Massive Machine-Type Communication (mMTC) Access with Integrated Authentication

The paper is organized as follows. Section II provides a detailed description of the connection establishment protocols. Section III describes the signature design, construction and iterative decoding. Section IV characterizes analytically the performance, which is verified against the simulation results in Section V. Section VI concludes the paper.

(*E.g.*, https://vbn.aau.dk/ws/portalfiles/portal/252340494/article_3.pdf).

# LTE;
# Service requirements
## for Machine-Type Communications (MTC);
## Stage 1
## (3GPP TS 22.368 version 14.0.1 Release 14)

## 7.2.2   Time Controlled

The MTC Feature Time Controlled is intended for use with MTC Applications that can tolerate to send or receive data only during defined time intervals and avoid unnecessary signalling outside these defined time intervals. The network operator may allow such MTC Applications to send/receive data and signalling outside of these defined time intervals but charge differently for such traffic.

For the Time Controlled MTC Feature:

- The network operator shall be able to reject access requests per MTC Device (e.g. attach to the network or set up a data connection) outside a defined access grant time interval.

Note 1:   The Time Controlled MTC Feature does not affect the MTC Server to send trigger indications to the MTC Device.

The network shall communicate the (altered) access grant time interval and the access duration to the MTC Device.

The network may communicate the (altered) access grant time interval and the access duration to the MTC Server/MTC User.

The system shall support transmissions of small amounts of data with minimal network impact (e.g. signalling overhead, network resources, delay for reallocation).

## Clarification of data delay in case of Overload

The system shall provide a resource efficient way to support MTC Devices that send or receive data infrequently, i.e. with long periods between data transmissions.

(*E.g.*,        https://www.etsi.org/deliver/etsi_ts/122300_122399/122368/14.00.01_60/ts_122368v

140001p.pdf).

## Massive Machine-Type Communication (mMTC)
## Access with Integrated Authentication

The paper is organized as follows. Section II provides a detailed description of the connection establishment protocols. Section III describes the signature design, construction and iterative decoding. Section IV characterizes analytically the performance, which is verified against the simulation results in Section V. Section VI concludes the paper.

(*E.g.*, https://vbn.aau.dk/ws/portalfiles/portal/252340494/article_3.pdf).

> After decoding the MIB in the PBCH, the next thing that a BL/CE UE needs to decode is the SIB1-BR. There is a field called `schedulingInfoSIB1-BR-r13` in the MIB that contains a number that indicates to the UE all it needs to know to find and decode the SIB1-BR transmission in the PDSCH. The `r13` in the name of this field stands for Release 13, since the concept of BL/CE UEs appeared in Release 13 of the LTE standard.

(*E.g.*, https://destevez.net/2024/05/decoding-the-lte-m-sib-br/).

      17.    The Accused Instrumentalities included at least one memory module (*e.g.*, interleaver" to the right of the "1st constituent decoder" and "deinterleaver" in the figure below), that is electrically coupled to an output of a corresponding soft decision decoder (*e.g.*, "1st constituent decoder" and "2nd constituent decoder")), wherein the output of the memory module associated with the second soft decision decoder ("deinterleaver") was fed back as an input of the first soft decision decoder, as shown below. Additionally, or alternatively, as explained below, all known commercial implementations of 4G LTE turbo decoders (including LTE-M) are iterative and functionally equivalent to the figure below. LTE Turbo decoding operation involving two sub-decoders, the data coming out of the memory connected to the second decoder is sent back and used as input for the first decoder. As shown below two SISO decoders, each of which sends its results to its own memory unit. The memory unit connected to the second decoder sends its stored data back to the first decoder, allowing the first decoder to use it again to improve the results. The Turbo code technical features in 3GPP Release 12 remained unchanged in 3GPP Releases 13 and 14. While Releases 13 and 14 introduced many new features, including LTE-M, the turbo code features were not modified. Evidence demonstrates LTE-MTC operates within the existing LTE network architecture and protocols, functions in almost the same way as LTE, and utilizes a

number of protocols consistent with the LTE network standard. Where LTE is present, LTE-M is available as well. Further, a memory unit is used for downlink and uplink operations, with the memory unit coupled to the output of the decoders. The excerpt illustrates that the data coming out of the memory connected to the second decoder is sent back and used as input for the first decoder.

power efficient turbo decoder for 4G LTE standards



**Figure 1:** Turbo Encoder [1]

(*E.g.*, https://www.researchgate.net/publication/322558606_Design_and_FPGA_implementation _of_power_efficient_turbo_decoder_for_4G_LTE_standards/link/5b348aa5a6fdcc8506d70a2d/d ownload?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljY XRpb24ifX0).



**Figure 3:** Turbo Decoder [1]

(*E.g.*, https://www.researchgate.net/publication/322558606_Design_and_FPGA_implementation _of_power_efficient_turbo_decoder_for_4G_LTE_standards/link/5b348aa5a6fdcc8506d70a2d/d ownload?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljY XRpb24ifX0)(Figure illustrates LTE Turbo decoding operation involving two sub-decoders, the data coming out of the memory connected to the second decoder is sent back and used as input for the first decoder.).



(*E.g.*, https://ir.lib.nycu.edu.tw/bitstream/11536/5170/1/000282405200015.pdf).



Fig. 1.   Processing schedule of one SISO decoder. $\beta_d$ is the dummy backward path metric, $\beta$ is the backward path metric, and $\alpha$ is the forward path metric.

(*E.g.*, https://ir.lib.nycu.edu.tw/bitstream/11536/5170/1/000282405200015.pdf).



Fig. 3.  (a) Parallel turbo decoding architecture with $P$ SISO decoders and $M$ extrinsic memory modules; (b) A 2-way memory conflict happens when SISO decoder 1 and SISO decoder $P$ access (read from or write to) memory 2 at the same time.

(*E.g.*,  https://www.researchgate.net/profile/Guohui-Wang-7/publication/268241289_HSPALTE-A_turbo_decoder_on_GPU_and_multicore_CPU/links/54699f970cf2f5eb1804f4cc/HSPA-LTE-A-turbo-decoder-on-GPU-and-multicore-CPU.pdf?origin=publication_detail&_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb25Eb3dubG9hZCIsInByZXZpb3VzUGFnZSI6InB1YmxpY2F0aW9uX2RldGFpbCJ9fQ&__cf_chl_tk=a1fu_N7Ah_qR_aEqOs9I2ojmblGdChGMcld3iTqSdY8-1753258210-1.0.1.1-Fb0uO.eMcO5me6tXUHcRXc3hBN6QfLcNvhAw1U.qlZ0).

# LTE turbo decoder design

**Abstract:** This paper presents a turbo decoder supporting all 188 block sizes in 3GPP long term evolution (LTE) standard which can be employed in the LTE micro-eNodB system. The design allows 1, 2, 4, 8 or 16 soft-in/soft-out (SISO) decoders to concurrently process each block size, and the number of iterations can be adjusted. This article proposes an improved SISO algorithm and interleaving design, calculated forward state matrix and backward state matrix alternately, and the branch transition probability can be used in the Turbo decode process directly just after one clock delay. The structure enables a decoder processing radix-2 algorithm with high speed, instead of radix-4 as the conventional decoder. Moreover, the paper details an interleaver/de-interleaver, which is combined by two operational steps. One is column address mapping and the other is intra-row permutation. Decoder realizes interleaving by loading data from memories whose address is generated by column mapping and then lets data passing through inter-row permutation. For de-interleaving, the system can adopt reverse operation.

(*E.g.*, https://www.jos.ac.cn/article/doi/10.1088/1674-4926/36/7/075003).



(*E.g.*, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7515343/).

## lteTurboDecode

Turbo decoding

`out = lteTurboDecode(in)` returns the result of turbo decoding the input data `in`. The function can decode single data vectors or cell arrays of data vectors. In the case of cell array input, the output is a cell array containing the separately decoded input array vectors. The input data is assumed to be soft bit data that has been encoded with the parallel concatenated convolutional code (PCCC), as defined in TS 36.212 [1], Section

Number of turbo decoder iteration cycles, specified as a positive scalar integer between 1 and 30.

(*E.g.*, https://www.mathworks.com/help/lte/ref/lteturbodecode.html).

```
softBits = lteSymbolDemodulate(rxSymbols,'QPSK','Soft');
rxBits = lteTurboDecode(softBits);
numberErrors = sum(rxBits ~= int8(txBits))
```

(*E.g.*, https://www.mathworks.com/help/lte/ref/lteturbodecode.html).

LTE-M is a cost-effective solution that leverages existing LTE networks, making it ideal for deploying IoT devices without the need for entirely new infrastructure.

The architecture of LTE-M network is similar to the standard LTE architecture

LTE-M operates on the same frequency bands as standard LTE networks, allowing seamless integration and coverage in existing LTE infrastructure.

(*E.g.*, https://www.rfwireless-world.com/tutorials/lte-m-tutorial-network-architecture-frequency-bands-stack).

## How does LTE-M work?

To understand how LTE-M works, we need to backtrack and look at LTE first.

Consider LTE-M ⓘ as a subset of LTE that is tailored specifically for IoT. In fact, LTE-M is adapted from LTE, which means the two share many similarities in architecture and protocols. LTE-M operates within the existing LTE network infrastructure and utilizes a number of protocols that are consistent with the standard LTE network.

(*E.g.*, https://onomondo.com/blog/lte-m-iot-guide/).

As the name suggests, LTE-M was adapted from the LTE parent standard and shares much of LTE's architecture and protocols. In terms of deployment, wherever LTE is present, it's possible LTE-M is available too as LTE-M is just a configuration that needs to be enabled. The technology then operates within the existing LTE network infrastructure.

| Feature | LTE-M Protocol |
|---|---|
| Deployment | In-band LTE |

(*E.g.*, https://www.eseye.com/resources/iot-explained/lte-m-for-iot-m2m/).

38

3GPP has introduced support for Internet of Things (IoT) via Cellular IoT (EC-GSM, LTE-M and NB-IoT) standards in its Rel 13 specifications.

provides control of memory management

(*E.g.*, https://effnet.com/solutions/cellular_iot/).

A complementary PBCH decoding technique (e.g., correlation decoder or reduced search space decoder).

**DL control processing & decoder**

A half duplex mode UE does not need a duplexer. Instead of a duplexer a half duplex LTE MTC modem uses a switch. Additional savings from reduced complexity and memory may also be possible in the baseband module. This is because in half duplex mode there is no need to provision processing power and memory for concurrent downlink and uplink operations.

The UE only needs to store samples from the single receive RF chain; hence the size of the post-FFT data buffer memory can be reduced by 50% relative to that of the reference LTE modem.

(*See* 3GPP TS 23.888).

At step 3 reception of a priority indication at the access attempt can be used to manage access attempts in RAN (GERAN, UTRAN, E-UTRAN) prior to knowing (decoding and authentication) of the specific identity of the accessing MTC device.

At step 4, reception of a priority indication at the access attempt can be used to manage the requests received in the MME/SGSN early on in the process, i.e. prior to decoding any NAS messages of the accessing "time tolerant" MTC device is attempted. If the request is admitted the indication can also possibly be used to verify the behaviour towards subscription data for the MTC user. An extended use case of the indication can also be to propagate the information for charging purposes.

# Massive Machine-Type Communication (mMTC) Access with Integrated Authentication

The paper is organized as follows. Section II provides a detailed description of the connection establishment protocols. Section III describes the signature design, construction and iterative decoding. Section IV characterizes analytically the performance, which is verified against the simulation results in Section V. Section VI concludes the paper.

(*E.g.*, https://vbn.aau.dk/ws/portalfiles/portal/252340494/article_3.pdf).

18.    The Accused Instrumentalities processed systematic information data and extrinsic information data using the maximum a posteriori (MAP) probability algorithm, and/or logarithm approximation algorithm.  As shown below, LTE-MTC (also referred to as LTE-M) operates within the existing LTE network architecture and protocols, functions in nearly the same way as LTE, and utilizes protocols consistent with the LTE network standard. Further, machine type communication uses a logarithmic algorithm for processing information data. LTE-Machine Type Communication processed extrinsic and systematic information data using the maximum a posteriori (MAP) probability algorithm and/or the logarithmic approximation algorithm.

## Turbo Decoder for LTE

### VI. TURBO DECODER STRUCTURE

The basic structure of a Turbo decoder is functionally illustrated in Fig.2. A turbo decoder consists of two maximum a posteriori (MAP) decoders separated by an interleaver that permutes the input sequence. The decoding is an iterative process in which the so-called extrinsic information is exchanged between MAP decoders. Each Turbo iteration is divided in to two half iterations. During the first half iteration, MAP decoder 1 is enabled. It receives the soft channel information (soft value $Ls$ for the systematic bit and soft value $Lp1$ for the parity bit) and the a priori information $La1$ from the other constituent MAP decoder through deinterleaving to generate the extrinsic information $Le1$ at its output. Likewise, during the second half iteration, MAP decoder 2 is enabled, and it receives the soft channel information (soft value $Ls$ for a permuted version of the systematic bit and soft value $Lp2$ for the parity bit) and the a priori information $La2$ from MAP decoder1 through interleaving to generate the extrinsic information $Le2$ at its output. This iterative process repeats until the decoding has converged or the maximum number of iterations has been reached.

(*E.g.*, https://asat.journals.ekb.eg/article_23916_079490f99aa2f643b5b1ba3b22231cbf.pdf).



Figure 2. Iterative decoding procedure with two SISO decoders.

(*E.g.*, https://asat.journals.ekb.eg/article_23916_079490f99aa2f643b5b1ba3b22231cbf.pdf).



**Figure 3:** Turbo Decoder [1]

(*E.g.*, https://www.researchgate.net/publication/322558606_Design_and_FPGA_
implementation_of_power_efficient_turbo_decoder_for_4G_LTE_standards/link/5b348aa5a6fdc
c8506d70a2d/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdl
IjoicHVibGljYXRpb24ifX0).

## 2.1. Turbo Decoding Principles

The decoding process of turbo codes involves the exchange of soft information between two SISO decoders [10]. In turbo encoding and decoding processes, we use the same interleaver, where de-interleaving is the inverse process of interleaving. The SISO decoder consists of three input ports, which are system information $\lambda_c(u_k)$, parity information $\lambda_c(p_k)$, and a priori information $\lambda_a(u_k)$ which is computed by another SISO decoder. Two output ports of the SISO decoder generate external information $\lambda_e(u_k)$ and posteriori information $\lambda_p(u_k)$. The different superscripts represent information corresponding to different SISO decoders, and subscript $k$ denotes $k$-th bit information of the current variable. $\Pi$ and $\Pi^{-1}$ denote interleaving and de-interleaving, respectively. When the iteration stopping criterion is satisfied, decoding results can be obtained from $\lambda_c(u_k)$ after the de-interleaved and hard-decision operations [11,13]. The turbo decoding procedure is shown in Figure 1.



(*E.g.*, https://www.mdpi.com/1099-4300/21/8/814).



Figure 1.   High-level structure of a rate-$^1/_3$ 3GPP turbo decoder.

(*E.g.*, https://www.csl.cornell.edu/~studer/papers/13ASILOMAR-turbo.pdf).

LTE-M is a cost-effective solution that leverages existing LTE networks, making it ideal for deploying IoT devices without the need for entirely new infrastructure.

The architecture of LTE-M network is similar to the standard LTE architecture

LTE-M operates on the same frequency bands as standard LTE networks, allowing seamless integration and coverage in existing LTE infrastructure.

(*E.g.*, https://www.rfwireless-world.com/tutorials/lte-m-tutorial-network-architecture-frequency-bands-stack).

## How does LTE–M work?

To understand how LTE–M works, we need to backtrack and look at LTE first.

Consider LTE–M 🔲 as a subset of LTE that is tailored specifically for IoT. In fact, LTE-M is adapted from LTE, which means the two share many similarities in architecture and protocols. LTE–M operates within the existing LTE network infrastructure and utilizes a number of protocols that are consistent with the standard LTE network.

(*E.g.*, https://onomondo.com/blog/lte-m-iot-guide/).

As the name suggests, LTE-M was adapted from the LTE parent standard and shares much of LTE's architecture and protocols. In terms of deployment, wherever LTE is present, it's possible LTE-M is available too as LTE-M is just a configuration that needs to be enabled. The technology then operates within the existing LTE network infrastructure.

| Feature | LTE-M Protocol |
|---------|----------------|
| Deployment | In-band LTE |

(*E.g.*, https://www.eseye.com/resources/iot-explained/lte-m-for-iot-m2m/).

## MAP-Based Active User and Data Detection for Massive Machine-Type Communications

The proposed scheme consists of the maximum a posteriori probability (MAP) based active user detector (MAP-AUD) and the MAP-based data detector (MAP-DD). By exchanging the extrinsic information between MAP-AUD and MAP-DD, the proposed algorithm improves the active user detection performance and the reliability of the data detection.

(*E.g.*, https://ieeexplore.ieee.org/document/8391766).

3GPP is supplemented with features relevant for mMTC use case where device positioning/localization, as well as cell search improvement are introduced, which foc on high peak data rates with UE power allocation of 23 dBm and enhanced cell ID [4].

2.1. MAP Turbo Decoding

As shown in Figure 3, the turbo decoder performs decoding processes by exploiting a maximum a posteriori (MAP) algorithm, where the received signal sequence is demultiplexed into three sequences [25]: the systematic sequence $y^s$ and two parity sequences $y^{p1}$ and $y^{p2}$. One SISO decoder utilizes $y^s$ and $y^{p1}$ (or $y^{p2}$) as inputs and computes the log-likelihood ratio (LLR) of each information bit based on the trellis structure in Figure 3c, which is defined for the $k$-th information bit $u_k$, as

$$L\left(\hat{u}_k\right) = \log \frac{P(u_k = +1 | \mathbf{y})}{P(u_k = -1 | \mathbf{y})}$$

$$= \log \left( \frac{\sum_{u_k = +1} \tilde{\alpha}_k \sum_{s'} (s') \tilde{\beta}_k(s) \gamma_k(s', s)}{\sum_{u_k = -1} \tilde{\alpha}_k \sum_{s'} (s') \tilde{\beta}_k(s) \gamma_k(s', s)} \right) \qquad (4)$$

where $\tilde{\alpha}_k(s)$, $\beta_k(s)$, and $\bar{\gamma}_k(s', s)$ denote the forward, backward and branch metrics, respectively. The $s$ and $s'$ indexes are associated with trellis steps $k$ and $k-1$, respectively. The MAP algorithm traverses in both the forward and backward directions to obtain state metrics $\tilde{\alpha}_k(s)$ and $\beta_k(s)$, respectively. In the $k$-th stage, the transmission value from the $s'$ state to the $s$ state is denoted by $\bar{\gamma}_k(s', s)$. The $\tilde{\alpha}_k(s)$ $\tilde{\beta}_k(s)$, and $\bar{\gamma}_k(s', s)$ matrices are computed as

$$\tilde{\alpha}_k(s) = \sum_{s'} \bar{\gamma}_k(s', s) \tilde{\alpha}_{k-1}(s') \qquad (5)$$

$$\tilde{\beta}_{k-1}(s') = \sum_s \gamma_k(s', s) \beta_k(s) \qquad (6)$$

$$\bar{\gamma}_k(s', s) = \exp \left[ \frac{1}{2} L_e(u_k) u_k + \frac{1}{2} L_c X_k^s u_k + \frac{1}{2} L_c X_k^p c_k \right] \qquad (7)$$

(*E.g.*, https://pmc.ncbi.nlm.nih.gov/articles/PMC8401186/).

# Massive Machine-Type Communication (mMTC) Access with Integrated Authentication

The paper is organized as follows. Section II provides a detailed description of the connection establishment protocols. Section III describes the signature design, construction and iterative decoding. Section IV characterizes analytically the performance, which is verified against the simulation results in Section V. Section VI concludes the paper.

(*E.g.*, *https://vbn.aau.dk/ws/portalfiles/portal/252340494/article_3.pdf*).

19.     The Accused Instrumentalities, as used by or for Defendant, generated soft decisions based on the maximum a posteriori (MAP) probability algorithm and/or logarithm approximation algorithm.  For example, the LTE-MTC specification discloses soft decision

generation based on the MAP algorithm. Based on information and belief, since excerpts state that LTE-MTC operates within the existing LTE network infrastructure, where LTE is present, LTE-M is also available. Hence, LTE-M also utilizes Soft-Input Soft-Output (SISO) decoders and generates soft decisions based on the Maximum a Posteriori (MAP) probability algorithm.

### 2.1. Turbo Decoding Principles

The decoding process of turbo codes involves the exchange of soft information between two SISO decoders [10]. In turbo encoding and decoding processes, we use the same interleaver, where de-interleaving is the inverse process of interleaving. The SISO decoder consists of three input ports, which are system information $\lambda_c (u_k)$, parity information $\lambda_c (p_k)$, and a priori information $\lambda_a (u_k)$ which is computed by another SISO decoder. Two output ports of the SISO decoder generate external information $\lambda_e (u_k)$ and posteriori information $\lambda_o (u_k)$. The different superscripts represent information corresponding to different SISO decoders, and subscript $k$ denotes $k$-th bit information of the current variable. $\Pi$ and $\Pi^{-1}$ denote interleaving and de-interleaving, respectively. When the iteration stopping criterion is satisfied, decoding results can be obtained from $\lambda_e (u_k)$ after the de-interleaved and hard-decision operations [11,13]. The turbo decoding procedure is shown in Figure 1.



(*E.g.*, https://www.mdpi.com/1099-4300/21/8/814).

*B.    Soft-Decision Decoding:*

Soft- decision decoding is used for the maximum likelihood decoding, when the data is transmitted over the Gaussian channel. On the contrary to the hard decision the demodulator input is now an analog waveform and is usually quantized in to different levels in order to help the decoder decide more easily. Using soft- decision decoding interest is to provide decoder with more information, which decoder then use for regains the message sequences. It provides better error performance than hard-decision type. Viterbi decoding also has a performance improvement of approximately 2 dB in the required S/N ratio compared to the two level quantization processes, for a given Gaussian Channel. Disadvantage of using soft decision decoding is the increase in required memory size at the decoder and the reduced speed [4].

(*E.g.,*    https://beng.stafpu.bu.edu.eg/Electrical%20Engineering/2264/publications/Hossam%20

Labib%20Abdel%20Fattah%20Zayed_V6I3-IJERTV6IS030465%20(1).pdf).



Figure 1.    High-level structure of a rate-$1/3$ 3GPP turbo decoder.

(*E.g.,* https://www.csl.cornell.edu/~studer/papers/13ASILOMAR-turbo.pdf).

LTE-M is a cost-effective solution that leverages existing LTE networks, making it ideal for deploying IoT devices without the need for entirely new infrastructure.

The architecture of LTE-M network is similar to the standard LTE architecture

LTE-M operates on the same frequency bands as standard LTE networks, allowing seamless integration and coverage in existing LTE infrastructure.

(*E.g.,* https://www.csl.cornell.edu/~studer/papers/13ASILOMAR-turbo.pdf).

## How does LTE–M work?

To understand how LTE–M works, we need to backtrack and look at LTE first.

Consider LTE–M ⑦ as a subset of LTE that is tailored specifically for IoT. In fact, LTE–M is adapted from LTE, which means the two share many similarities in architecture and protocols. LTE-M operates within the existing LTE network infrastructure and utilizes a number of protocols that are consistent with the standard LTE network.

(*E.g.,* https://onomondo.com/blog/lte-m-iot-guide/).

As the name suggests, LTE-M was adapted from the LTE parent standard and shares much of LTE's architecture and protocols. In terms of deployment, wherever LTE is present, it's possible LTE-M is available too as LTE-M is just a configuration that needs to be enabled. The technology then operates within the existing LTE network infrastructure.

| Feature | LTE-M Protocol |
|---|---|
| Deployment | In-band LTE |

(*E.g.,* https://www.eseye.com/resources/iot-explained/lte-m-for-iot-m2m/).

# ·Decision-Driven Machine-Type Communication

we propose a layered QoD framework capable of independently evaluating and monitoring the quality of data to be acquired, delivered, and processed for enabling machine decision making.

(*E.g.,* https://ieeexplore.ieee.org/document/9709589).

## MAP-Based Active User and Data Detection for Massive Machine-Type Communications

The proposed scheme consists of the maximum a posteriori probability (MAP) based active user detector (MAP-AUD) and the MAP-based data detector (MAP-DD). By exchanging the extrinsic information between MAP-AUD and MAP-DD, the proposed algorithm improves the active user detection performance and the reliability of the data detection.

(*E.g.,* https://ieeexplore.ieee.org/document/8391766).

20.     The Accused Instrumentalities, as used by or for Defendant, weighed and stored soft decision information into the corresponding memory module (e.g., "interleaver" or "deinterleaver") as shown in the figure below. LTE-MTC operates within the existing LTE network infrastructure. Where LTE is present, LTE-M is also available. Hence, LTE-M also performs rate matching and memory management for both downlink and uplink operations. As shown below, the LTE-M decoder has the correctly structured set of bits and can weigh decision information (LLRs) accurately in soft decoding via rate matching and bit selection. LTE-MTC discloses rate matching and rule matching, as well as memory management for downlink and uplink operations for weighing and storing soft decision information.

### 5.1.4    Rate matching

#### 5.1.4.1    Rate matching for turbo coded transport channels

The rate matching for turbo coded transport channels is defined per coded block and consists of interleaving the three information bit streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$, followed by the collection of bits and the generation of a circular buffer as depicted in Figure 5.1.4-1. The output bits for each code block are transmitted as described in section 5.1.4.1.2.



**Figure 5.1.4-1. Rate matching for turbo coded transport channels.**

(*E.g.*,        https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/12.02.00_60/ts_136212v
120200p.pdf).

## How does LTE–M work?

To understand how LTE–M works, we need to backtrack and look at LTE first.

Consider LTE–M 🅾 as a subset of LTE that is tailored specifically for IoT. In fact, LTE–M is adapted from LTE, which means the two share many similarities in architecture and protocols. LTE–M operates within the existing LTE network infrastructure and utilizes a number of protocols that are consistent with the standard LTE network.

(*E.g.*, https://onomondo.com/blog/lte-m-iot-guide/).

As the name suggests, LTE-M was adapted from the LTE parent standard and shares much of LTE's architecture and protocols. In terms of deployment, wherever LTE is present, it's possible LTE-M is available too as LTE-M is just a configuration that needs to be enabled. The technology then operates within the existing LTE network infrastructure.

| Feature | LTE-M Protocol |
|---|---|
| Deployment | In-band LTE |

(*E.g.*, https://www.eseye.com/resources/iot-explained/lte-m-for-iot-m2m/).

LTE-M (LTE-MTC low-power-wide area (LPWA)) is a new cellular radio access technology specified by 3GPP that addresses low power-wide area connectivity solutions.

Following are the known limitations for new LTE-M RAT type feature:

- Rule matching at ECS
- Ruledef matching at Local-Policy

(*E.g.*, https://www.cisco.com/c/en/us/td/docs/wireless/asr_5000/21-26/sgw-admin/21-26-sgw-admin/m_lte-m-rat-type-support.html).

### 5.4.2.2 Bit interleaving

The bit sequence $e_0, e_1, e_2, \cdots, e_{E-1}$ is interleaved to bit sequence $f_0, f_1, f_2, \cdots, f_{E-1}$, according to the following, where the value of $Q$ is given by Table 5.4.2.2-1.

```
for j=0 to  E/Q −1
     for i = 0 to Q − 1
          f_{i+jQ} = e_{i,E/Q+j}
     end for
end for
```

**Table 5.4.2.2-1: Modulation and number of coded bits per QAM symbol**

| Modulation | $Q$ |
|---|---|
| π/2-BPSK, BPSK | 1 |
| QPSK | 2 |
| 16QAM | 4 |
| 64QAM | 6 |
| 256QAM | 8 |

| 3GPP 协议 [14] |
|---|

### 5.4.2  Rate matching for LDPC code

The rate matching for LDPC code is defined per coded block and consists of bit selection and bit interleaving. The input bit sequence to rate matching is $d_0, d_1, d_2, \cdots, d_{N-1}$. The output bit sequence after rate matching is denoted as $f_0, f_1, f_2, \cdots, f_{E-1}$.

### 5.4.2.1   Bit selection

The bit sequence after encoding $d_0, d_1, d_2, \cdots, d_{N-1}$ from Section 5.3.2 is written into a circular buffer of length $N$ for the $r$-th coded block, where $N$ is defined in Section 5.3.2.

For the $r$-th code block, let $N_{cb} = N$ if $I_{LBRM} = 0$ and $N_{cb} = \min(N, N_{ref})$

otherwise, where $N_{ref} = \left\lfloor \dfrac{TBS_{LBRM}}{C \cdot R_{LBRM}} \right\rfloor$, $R_{LBRM} = 2/3$, $TBS_{LBRM}$ is determined

according to section $XX$ in [6, TS38.214] assuming the following:

① maximum number of layers supported by the UE for the serving cell;

② maximum modulation order configured for the serving cell;

③ maximum coding rate of 948/1024;

④ $\overline{N'}_{RE} = 156$ ;

⑤ $n_{PRB} = n_{PRB,LBRM}$ is given by Table 5.4.2.1-1.

(*E.g.*, https://developer.aliyun.com/article/740142).

A half duplex mode UE does not need a duplexer. Instead of a duplexer a half duplex LTE MTC modem uses a switch. Additional savings from reduced complexity and <u>memory may also be possible in the baseband module.</u> This is because in half duplex mode there is no need to provision processing power and <u>memory for concurrent downlink and uplink operations.</u>

(*See* 3GPP TR 36.888).

## LTE-M Downlink Waveform Generation

The bit vector `dciBits` is passed to the function `lteDCIEncode` which performs CRC masking and insertion, tail-biting convolutional coding and rate matching, following TS 36.212 sections 5.3.3.2 to 5.3.3.4. Note that the third argument to `lteDCIEncode` specifies the rate matching output size equal to the MPDCCH data bit capacity in a subframe.

(*E.g.*, https://www.mathworks.com/help/lte/ug/lte-m-downlink-waveform-generation.html).

21.     The Accused Instrumentalities, as used by or for Defendant, performed, for a predetermined number of times, iterative decoding from the first to the last of multiple decoders, wherein an output from the last soft decision decoder was fed back as an input to the first soft decision decoder, then from the first to the second decoders, and propagated to the last decoder in a circular circuit, as shown in the figure below. As shown in the example figure, all turbo coding principles of LTE are applied to LTE-MTC. Hence, LTE-MTC operates such that the machine-type communication system repeatedly runs data through a chain of decoders, starting from the first and moving to the last. After the last decoder processes the data, its output is sent back to the first decoder, and the process continues in a loop. This circular feedback allows the decoders to refine the data multiple times for improved accuracy.  Thus, based on the evidence provided, each element of the asserted claim 6 of the'742 Patent was performed by or for Defendant during use of the Accused Instrumentalities, such use and infringing acts occurring prior to expiration of the '742 Patent.

power efficient turbo decoder for 4G LTE standards



Decoder coupled in a circular loop/circuit, wherein the decoder receives the systematic input signal.

**Figure 3:** Turbo Decoder [1]

(*E.g.*, https://www.researchgate.net/publication/322558606_Design_and_FPGA_implementation_of_power_efficient_turbo_decoder_for_4G_LTE_standards/link/5b348aa5a6fdcc8506d70a2d/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb24ifX0).



$\Pi$  interleaver

$\Pi^{-1}$  De-interleaver

Figure 2. Iterative decoding procedure with two SISO decoders.

(*E.g.*, https://asat.journals.ekb.eg/article_23916_079490f99aa2f643b5b1ba3b22231cbf.pdf).

## lteTurboDecode

Turbo decoding

`out = lteTurboDecode(in)` returns the result of turbo decoding the input data `in`. The function can decode single data vectors or cell arrays of data vectors. In the case of cell array input, the output is a cell array containing the separately decoded input array vectors. The input data is assumed to be soft bit data that has been encoded with the parallel concatenated convolutional code (PCCC), as defined in TS 36.212 [1], Section

Number of turbo decoder iteration cycles, specified as a positive scalar integer between 1 and 30.

```
softBits = lteSymbolDemodulate(rxSymbols,'QPSK','Soft');
rxBits = lteTurboDecode(softBits);
numberErrors = sum(rxBits ~= int8(txBits))
```

(*E.g.*, https://www.mathworks.com/help/lte/ref/lteturbodecode.html).

**1.2. Turbo Decoder**



**Fig. 2.** Iterative Turbo Decoding

(*E.g.,*        https://www.researchgate.net/publication/225202787_The_Modified_Max-Log-MAP_Turbo_Decoding_Algorithm_by_Extrinsic_Information_Scaling_for_Wireless_Applicatio ns/link/09e415099838534c05000000/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6In B1YmxpY2F0aW9uIiwicGFnZSI6InB1YmxpY2F0aW9uIiwicHJldmlvdXNQYWdlIjoiX2Rpcm VjdCJ9fQ).

**Iterative Decoding:**

Turbo decoding loops through multiple iterations, refining the decision with each pass.

**Use of Soft Information (LLR - Log-Likelihood Ratios):**

Turbo decoders use probabilistic inputs (not hard 0/1 decisions), improving accuracy in error correction.

(*E.g.*, https://www.techedgewireless.com/post/turbo-code).

LTE-M is a cost-effective solution that leverages existing LTE networks, making it ideal for deploying IoT devices without the need for entirely new infrastructure.

The architecture of LTE-M network is similar to the standard LTE architecture

LTE-M operates on the same frequency bands as standard LTE networks, allowing seamless integration and coverage in existing LTE infrastructure.

(*E.g.*, https://www.rfwireless-world.com/tutorials/lte-m-tutorial-network-architecture-frequency-bands-stack).

## How does LTE–M work?

To understand how LTE–M works, we need to backtrack and look at LTE first.

Consider LTE–M ⃞ as a subset of LTE that is tailored specifically for IoT. In fact, LTE-M is adapted from LTE, which means the two share many similarities in architecture and protocols. LTE-M operates within the existing LTE network infrastructure and utilizes a number of protocols that are consistent with the standard LTE network.

(*E.g.*, https://onomondo.com/blog/lte-m-iot-guide/).

As the name suggests, LTE-M was adapted from the LTE parent standard and shares much of LTE's architecture and protocols. In terms of deployment, wherever LTE is present, it's possible LTE-M is available too as LTE-M is just a configuration that needs to be enabled. The technology then operates within the existing LTE network infrastructure.

| Feature | LTE-M Protocol |
|---|---|
| Deployment | In-band LTE |

(*E.g.*, https://www.eseye.com/resources/iot-explained/lte-m-for-iot-m2m/).

> The paper is organized as follows. Section II provides a detailed description of the connection establishment protocols. Section III describes the signature design, underline{construction and iterative decoding}. Section IV characterizes analytically the performance, which is verified against the simulation results in Section V. Section VI concludes the paper.
>
> Another advantage of the underline{iterative decoding is that decoding instances are spread over the frame, which leads to the spreading of the feedback messages}, i.e., the RRC Connection Setup message in Fig. 1(b). Also, a portion of the signatures become decoded before the end of the signature frame, in some cases without transmitting all $K$ active preambles. The latter phenomenon allows for lower transmission overhead and brings additional security to the authentication procedure, as the MTD's full signature is not exposed.
>
> The BS underline{iteratively decodes the signatures based on (partial) observation} after each received RAO of the signature frame.

(*E.g.*, https://vbn.aau.dk/ws/portalfiles/portal/252340494/article_3.pdf).

> A complementary PBCH decoding technique (e.g., underline{correlation decoder or reduced search space decoder}).

**DL control processing & underline{decoder}**

(*See* 3GPP TR 36.888 Rel-13).

22.     Plaintiff was damaged as a result of Defendant's infringing conduct.  Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '742 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

23.     On information and belief, Defendant had at least constructive notice of the '742 Patent by operation of law and, to the extent required (no marking is required for method claims), marking requirements have been complied with.

### IV.  JURY DEMAND

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## V.  **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against

Defendant, and that the Court grant Plaintiff the following relief:

a.    Judgment that the asserted claim of United States Patent No. 6,813,742 was infringed, either literally and/or under the doctrine of equivalents, by Defendant;

b.    Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein;

c.    That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

d.    That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.


October 8, 2025                              DIRECTION IP LAW

                                             */s/ David R. Bennett*
                                             David R. Bennett (IL Bar No.: 6244214)
                                             *(Admitted to U.S. District Court for the Western*
                                             *District of Texas)*
                                             P.O. Box 14184
                                             Chicago, Illinois 60614-0184
                                             Telephone: (312) 291-1667
                                             dbennett@directionip.com

                                             *Attorneys for Plaintiff TurboCode LLC*